UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES J. O'SHEA,<br><br>          Plaintiff,<br><br>    v.<br><br>AMANDA ALCANTARA,<br><br>          Defendant. | Case No. 23-cv-03456-TLT<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a person in detention at the Maguire Correctional Facility in San Mateo County proceeding *pro se*, filed a letter with the Court on July 13, 2023, which the Court construed as an attempt to file a civil rights action. ECF 1. That same day, the Clerk of the Court informed plaintiff that this action was deficient because he had not submitted his complaint or petition on the proper form. ECF 3. The Court informed plaintiff that he needed to correct the deficiency within twenty-eight days from the date of the notice to avoid dismissal of this action. *Id.* The deadline has passed, and plaintiff has not submitted his complaint on the proper form.

The Court therefore DISMISSES this action with prejudice. The Clerk shall terminate any pending motions, enter judgment for defendant, and close the file.

**IT IS SO ORDERED.**

Dated: October 26, 2023

                                                                  TRINA L. THOMPSON<br>
                                                                  United States District Judge